UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL LEE WELLS,

        Plaintiff,

                                    Case No.: 1:13-cv-608

v.

                                    HONORABLE PAUL L. MALONEY

COREY GRAHN,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 26). The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that the defendant's motion for summary judgment (ECF No. 18) is **GRANTED**. Judgment shall issue in defendant's favor on all of plaintiff's claims.

Dated: June 12, 2014                                 /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge