UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL LEE WELLS,

       Plaintiff,

                                  Case No. 1:13-cv-608

v.

                                  HONORABLE PAUL L. MALONEY

COREY GRAHN,

       Defendant.
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and granting defendant's motion for summary judgment, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant on all of plaintiff's claims. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:  June 12, 2014                                     /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District